# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CLARENCE DUDLEY

NO. 2023 KW 1022

**JANUARY 18, 2024**

---

In Re:    Clarence Dudley, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-02-0314.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT GRANTED.** The district court is instructed to proceed toward disposition of relator's application for postconviction relief filed September 1, 2022.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT